UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>GENENTECH, INC.,<br><br>      *Applicant*,<br><br>For an Order Pursuant to 28 U.S.C. 1782 Granting Leave to Obtain Discovery From Goodwin Procter LLP for Use In Foreign Proceedings. | Civil Action No. 1:17-mc-00515-KPF |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Respondent Goodwin Procter LLP certify that Respondent is a non-governmental party. Respondent has no parent corporation nor is there any publicly held corporation owning 10% or more of Respondent's stock.

Respectfully submitted,

      */s/ Robert V. Cerwinski*
Tiffany Mahmood
Robert V. Cerwinski
Cynthia Lambert Hardman
Huiya Wu
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Tel.: +1 212 813 8800
Fax.: +1 212 355 3333
tmahmood@goodwinlaw.com
rcerwinski@goodwinlaw.com
chardman@goodwinlaw.com
hwu@goodwinlaw.com

<div style="margin-left:50%">

Brian Burgess
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
Tel: +1 202 346 4000
bburgess@goodwinlaw.com

Joshua Weinger
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
Fax.: +1 617 523 1231
jweinger@goodwinlaw.com

*Attorneys for Goodwin Procter LLP.*

</div>

Dated: January 18, 2018

**CERTIFICATE OF SERVICE**

      I, Robert V. Cerwinski, hereby certify that on January 18, 2018 a true copy of the foregoing Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 was served by electronic mail upon all other counsel of record in this action.

                                                  /s/ Robert V. Cerwinski
                                                  Robert V. Cerwinski