USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 18, 2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

*In re* Ex Parte Application of

GENENTECH, INC.,

    *Applicant*,

For an Order Pursuant to 28 U.S.C. 1782
Granting Leave to Obtain Discovery From
Goodwin Procter LLP for Use In Foreign
Proceedings.

Case No. 17-mc-00515-KPF

---

## ORDER GRANTING
## MOTION FOR ADMISSION *PRO HAC VICE* OF JOSHUA S. WEINGER

Upon consideration of the Motion from Joshua S. Weinger of Goodwin Procter LLP, 100 Northern Avenue, MA 02210, 617-570-1000, jweinger@goodwinlaw.com, requesting admission *pro hac vice*, dated January 17, 2018, it is hereby:

**ORDERED** that, pursuant to Local Civil Rule 1.3(c), Joshua S. Weinger is hereby admitted *pro hac vice* to the bar of this Court for the purpose of representing Goodwin Procter LLP in the above-captioned proceeding.

Dated:____January 18____, 2018

_____
The Honorable Katherine Polk Failla
United States District Judge