

**MEMO ENDORSED**

Robert V. Cerwinski
+1 212 459 7240
RCerwinski@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 19, 2018
```

January 18, 2018

**VIA ECF**

The Honorable J. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Ex Parte Application of Genentech, Inc. For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Goodwin Procter, LLP for Use in Foreign Proceedings*, 1:17-mc-00515

Dear Judge Failla:

    I write on behalf of all parties in the above matter to respectfully request an extension of the deadlines for submitting opposition and reply briefs, and a brief adjournment of the hearing scheduled for February 5, 2018.  *See* D.I. 003, D.I. 011.  The current deadline for the opposition and reply are January 22, 2018 and January 29, 2018, respectively.  The parties request that the hearing be rescheduled for either February 13 or 14, 2018, and that the deadline for the opposition be extended to January 29, 2018, and the reply to February 5, 2018.

    Counsel for Goodwin and Genentech are continuing their discussions concerning Genentech's discovery request and believe that additional time may allow the parties to resolve this action without further involvement from this Court.

    There has been one previous extension request submitted jointly by the parties which was granted.  *See* D.I. 010, D.I. 011.  The modest extensions requested will not delay resolution of this action or cause either party any prejudice.

    Respectfully submitted,

    */s/ Robert V. Cerwinski*

    Robert V. Cerwinski (RC8114)

Application GRANTED.  The Court hereby extends the briefing deadlines as proposed above, and adjourns the hearing in this matter to February 13, 2018, at 2:00 p.m.

Dated: January 19, 2018
      New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE