

Robert V. Cerwinski
+1 212 459 7240
RCerwinski@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

January 26, 2018

**VIA ECF**

The Honorable J. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *In re Ex Parte Application of Genentech, Inc. For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Goodwin Procter, LLP for Use in Foreign Proceedings*, **1:17-mc-00515**

Dear Judge Failla:

  I write on behalf of all parties in the above matter to respectfully request an extension of the deadlines for submitting opposition and reply briefs.  *See* D.I. 016.  The current deadline for the opposition and reply are January 29, 2018 and February 5, 2018, respectively.  The parties request that the deadline for the opposition be extended to February 2, 2018, and the reply to February 9, 2018.

  Counsel for Goodwin and Genentech are continuing their discussions concerning Genentech's discovery request and believe that additional time may allow the parties to resolve this action without further involvement from this Court.

  There have been two previous extension request submitted jointly by the parties which was granted.  *See* D.I. 011, D.I. 016.  The modest extensions requested will not delay resolution of this action or cause either party any prejudice.

      Respectfully submitted,

      */s/ Robert V. Cerwinski*

      Robert V. Cerwinski (RC8114)