WILMERHALE

February 9, 2018

**Robert J. Gunther, Jr.**

+1 212 230 8830 (t)
+1 212 230 8888 (f)
robert.gunther@wilmerhale.com

Honorable Katherine Polk Failla
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *In re Ex Parte Application of Genentech, Inc. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Goodwin Procter LLP for Use in Foreign Proceedings*, Case No. 17-mc-00515-KPF

Dear Judge Failla:

I write on behalf of all parties in the above-captioned matter to inform the Court that the parties have reached an agreement to resolve this matter. The parties therefore respectfully request that the hearing currently set for February 13, 2018 be removed from the Court's calendar. Genentech will withdraw its application once the agreement has been executed by the parties, which the parties anticipate will occur by early next week.

Respectfully submitted,

*/s/ Robert J. Gunther, Jr.*

Robert J. Gunther, Jr. (RG6655)

cc: Cynthia Lambert Hardman (via email)
    Robert Vaughan Cerwinski (via email)
    Huiya Wu (via email)
    Joshua Weinger (via email)
    Tiffany Mahmood (via email)