USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 12, 2018

**MEMO ENDORSED**

**WILMERHALE**

February 9, 2018

Robert J. Gunther, Jr.

+1 212 230 8830 (t)
+1 212 230 8888 (f)
robert.gunther@wilmerhale.com

Honorable Katherine Polk Failla
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:  *In re Ex Parte Application of Genentech, Inc. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Goodwin Procter LLP for Use in Foreign Proceedings*, Case No. 17-mc-00515-KPF

Dear Judge Failla:

    I write on behalf of all parties in the above-captioned matter to inform the Court that the parties have reached an agreement to resolve this matter. The parties therefore respectfully request that the hearing currently set for February 13, 2018 be removed from the Court's calendar. Genentech will withdraw its application once the agreement has been executed by the parties, which the parties anticipate will occur by early next week.

Respectfully submitted,

*/s/ Robert J. Gunther, Jr.*

Robert J. Gunther, Jr. (RG6655)

cc: Cynthia Lambert Hardman (via email)
    Robert Vaughan Cerwinski (via email)
    Huiya Wu (via email)
    Joshua Weinger (via email)
    Tiffany Mahmood (via email)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing     Berlin     Boston     Brussels     Denver     Frankfurt     London     Los Angeles     New York     Palo Alto     Washington

Application GRANTED.  The parties shall notify the Court of whether they have finalized an agreement to resolve this matter no later than February 23, 2018.

Dated: February 12, 2018
      New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE