```
USDC SDNY                    Failla, K.
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 16, 2018
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>GENENTECH, INC.,<br><br>*Applicant*,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Goodwin Procter, LLP for Use in Foreign Proceedings. | Case No. 17-mc-00515-KPF |

### NOTICE OF WITHDRAWAL OF APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN <u>DISCOVERY FOR USE IN FOREIGN PROCEEDINGS</u>

Pursuant to the terms of the parties' agreement to resolve this matter, Genentech, Inc. hereby withdraws its ex parte Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings (D.I. 1).

Dated: February 15, 2018

WILMER CUTLER PICKERING HALE &
DORR LLP

*/s/ Robert J. Gunther*
Robert J. Gunther, Jr. (SBN: 1967652)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
robert.gunther@wilmerhale.com

*Attorneys for Applicant Genentech, Inc.*

1

SO ORDERED.

Dated: February 16, 2018

_____
United States District Judge

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.
```